No. 86–5354. GEURIN v. UNITED STATES, *ante*, p. 888. Petition for rehearing denied.